AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

**V.**

Kenneth E. Bobin

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1836-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____November 26, 2004_____ in _____Worcester_____ county, in the

_____ District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally embezzle and steal mail and a thing contained therein, defendant being at the time of said
embezzlement and theft a Postal Service employee

in violation of Title   18   United States Code, Section(s) _____1709_____ .

I further state that I am a(n) _____Special Agent_____ and that this complaint is based on the following
<br>Official Title

facts:

See Affidavit of John J. Horgan, Special Agent, Office of the Inspector General for the United States Postal Service

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

_____12-10-04_____ at   Worcester, Massachusetts
<br>Date     City and State

U.S. Magistrate Judge Charles B. Swartwood, III
<br>Name & Title of Judicial Officer     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.