# FINANCIAL AFFIDAVIT

CJA 23

## FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

U.S. **FOR** Mass.
Kenneth Babin **AT** Worcester

Kenneth Babin

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

☐ Felony
☐ Misdemeanor

18 U.S.C. @ 1709

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate 04-1836
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer:
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment 11/04
How much did you earn per month $3,800
If married is your Spouse employed? ☐ Yes ☐ No N/A
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $2360

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT $8,000 VALUE 1999 Honda Accord ($3,000 equity) DESCRIPTION
$79,000 TSP IRA Account

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent & Utilities | $ | $300 |
| Credit Card | $ | $200 |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** Kenneth E. Babin

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH