UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
            Plaintiff,
v.
                                    MJ 04-1836-CBS

KENNETH E. BOBIN,
            Defendant,


ORDER OF APPOINTMENT OF COUNSEL

December 13, 2004


SWARTWOOD, M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal

Defender for the District of Massachusetts, 408 Atlantic

Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is

appointed to represent the above-named defendant in all

proceedings related to the above-entitled case.



                        CHARLES B. SWARTWOOD, III
                        MAGISTRATE JUDGE

                        By the Court:



                        /s/ Lisa B. Roland
                        Lisa B. Roland
                        Deputy Clerk