# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Kenneth E. Bobin

## WARRANT FOR ARREST

CASE NUMBER: 04-1836-CBS

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Kenneth E. Bobin_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a Postal Service employee, did knowingly and intentionally embezzle and steal mail and a thing contained therein

in violation of
Title _____18_____ United States Code, Section(s) __1709__

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/10/04 @ Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 595 Main St, Federal Court House, Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-10-2004 | Special Agent John J. Hogan | S.A. John J. Hogan |
| DATE OF ARREST 12-13-2004 | | |

This form was electronically produced by Elite Federal Forms, Inc.

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: KENNETH E. BOBIN

ALIAS:

LAST KNOWN RESIDENCE: 2 1/2 SVEA STREET, WORCESTER, MA 01607

LAST KNOWN EMPLOYMENT: CLERK @ U.S. POSTAL SERVICE, AUBURN, MA

PLACE OF BIRTH: WORCESTER, MA

DATE OF BIRTH (4 digit year): 02-14-1957

SOCIAL SECURITY NUMBER (last 4 digits only): 2511

HEIGHT: 6'5"   WEIGHT: 260

SEX: MALE   RACE: WHITE

HAIR: GREY   EYES: BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: SPECIAL AGENT JOHN J. HORGAN

UNITED STATES POSTAL SERVICE, OFFICE OF THE INSPECTOR GENERAL

444 WASHINGTON ST., STE. 201, WOBURN, MA 01801   TELEPHONE NO. (866) 644-9145

Cell (617) 778-8470